# EXHIBIT A

**Mississippi Center for Advanced Medicine PC**
**Owner Distributions Prior To Petition Date**
**April 22, 2020 to April 21, 2023**
**Separated by Period (1, 2, and 3 years Prior to Petition Date)**

| Payee Name | Period | Sum of Amt |
|---|---|---|
| **Southern Bancorp Bank** | | |
| | 3 Yr Prior | $66,580.60 |
| | 2 Yr Prior | $54,935.18 |
| | 1 Yr Prior | $62,119.56 |
| **Southern Bancorp Bank Total** | | **$183,635.34** |
| **Sullivan** | | |
| | 3 Yr Prior | $155,576.90 |
| | 2 Yr Prior | $150,120.63 |
| | 1 Yr Prior | $151,811.34 |
| **Sullivan Total** | | **$457,508.87** |
| **Grand Total** | | **$641,144.21** |