# EXHIBIT B

**Mississippi Center for Advanced Medicine PC**
**Owner Distributions Prior To Petition Date**
**April 22, 2020 to April 21, 2023**
**Separated by Period (1, 2, and 3 years Prior to Petition Date)**

| Payee Name | Period | Year | Month | Sum of Amt |
|---|---|---|---|---|
| **Southern Bancorp Bank** | | | | |
| | **3 Yr Prior** | | | |
| | | 2020 | | |
| | | | Apr | $1,180.48 |
| | | | May | $6,335.37 |
| | | | Jun | $6,335.37 |
| | | | Jul | $6,335.37 |
| | | | Aug | $5,154.89 |
| | | | Sep | $5,154.89 |
| | | | Oct | $5,154.89 |
| | | | Nov | $5,154.89 |
| | | | Dec | $5,154.89 |
| | | 2020 Total | | $45,961.04 |
| | | 2021 | | |
| | | | Jan | $5,154.89 |
| | | | Feb | $5,154.89 |
| | | | Mar | $5,154.89 |
| | | | Apr | $5,154.89 |
| | | 2021 Total | | $20,619.56 |
| | **3 Yr Prior Total** | | | **$66,580.60** |
| | **2 Yr Prior** | | | |
| | | 2021 | | |
| | | | May | $5,154.89 |
| | | | Jun | $5,154.89 |
| | | | Jul | $5,154.89 |
| | | | Aug | $5,154.89 |
| | | | Sep | $5,154.89 |
| | | | Oct | $5,154.89 |
| | | | Nov | $5,154.89 |
| | | | Dec | $5,154.89 |
| | | 2021 Total | | $41,239.12 |
| | | 2022 | | |
| | | | Mar | $8,519.43 |
| | | | Apr | $5,176.63 |
| | | 2022 Total | | $13,696.06 |
| | **2 Yr Prior Total** | | | **$54,935.18** |
| | **1 Yr Prior** | | | |
| | | 2022 | | |

**Mississippi Center for Advanced Medicine PC**
**Owner Distributions Prior To Petition Date**
**April 22, 2020 to April 21, 2023**
**Separated by Period (1, 2, and 3 years Prior to Petition Date)**

| | | | | |
|---|---|---|---|---|
| Southern Bancorp Bank | 1 Yr Prior | 2022 | May | $5,176.63 |
| | | | Jun | $5,176.63 |
| | | | Jul | $5,176.63 |
| | | | Aug | $5,176.63 |
| | | | Sep | $5,176.63 |
| | | | Oct | $5,176.63 |
| | | | Nov | $5,176.63 |
| | | | Dec | $5,176.63 |
| | | 2022 Total | | $41,413.04 |
| | | 2023 | | |
| | | | Feb | $10,353.26 |
| | | | Mar | $5,176.63 |
| | | | Apr | $5,176.63 |
| | | 2023 Total | | $20,706.52 |
| | **1 Yr Prior Total** | | | **$62,119.56** |
| **Southern Bancorp Bank Total** | | | | **$183,635.34** |
| Sullivan | | | | |
| | **3 Yr Prior** | | | |
| | | 2020 | | |
| | | | Apr | $10,384.62 |
| | | | May | $13,269.22 |
| | | | Jun | $11,538.46 |
| | | | Jul | $17,307.69 |
| | | | Aug | $11,538.46 |
| | | | Sep | $11,538.46 |
| | | | Oct | $11,538.46 |
| | | | Nov | $16,538.46 |
| | | | Dec | $17,307.69 |
| | | 2020 Total | | $120,961.52 |
| | | 2021 | | |
| | | | Jan | $11,538.46 |
| | | | Feb | $11,538.46 |
| | | | Mar | $11,538.46 |
| | | 2021 Total | | $34,615.38 |
| | **3 Yr Prior Total** | | | **$155,576.90** |
| | **2 Yr Prior** | | | |
| | | 2021 | | |
| | | | Apr | $11,538.46 |
| | | | May | $11,538.46 |

**Mississippi Center for Advanced Medicine PC**
**Owner Distributions Prior To Petition Date**
**April 22, 2020 to April 21, 2023**
**Separated by Period (1, 2, and 3 years Prior to Petition Date)**

| | | | | |
|---|---|---|---|---|
| Sullivan | 2 Yr Prior | 2021 | Jun | $11,538.46 |
| | | | Jul | $17,307.69 |
| | | | Aug | $11,538.46 |
| | | | Sep | $11,538.46 |
| | | | Oct | $11,538.46 |
| | | | Nov | $11,538.46 |
| | | | Dec | $17,428.34 |
| | | 2021 Total | | $115,505.25 |
| | | 2022 | | |
| | | | Jan | $11,538.46 |
| | | | Feb | $11,538.46 |
| | | | Mar | $11,538.46 |
| | | 2022 Total | | $34,615.38 |
| | **2 Yr Prior Total** | | | **$150,120.63** |
| | **1 Yr Prior** | | | |
| | | 2022 | | |
| | | | Apr | $11,538.46 |
| | | | May | $11,538.46 |
| | | | Jun | $12,098.70 |
| | | | Jul | $18,558.81 |
| | | | Aug | $11,538.46 |
| | | | Sep | $11,538.46 |
| | | | Oct | $11,538.46 |
| | | | Nov | $11,538.46 |
| | | | Dec | $17,307.69 |
| | | 2022 Total | | $117,195.96 |
| | | 2023 | | |
| | | | Jan | $11,538.46 |
| | | | Feb | $11,538.46 |
| | | | Mar | $11,538.46 |
| | | 2023 Total | | $34,615.38 |
| | **1 Yr Prior Total** | | | **$151,811.34** |
| **Sullivan Total** | | | | **$457,508.87** |
| **Grand Total** | | | | **$641,144.21** |