## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**

| | |
|---|---|
| **MISSISSIPPI CENTER FOR ADVANCED.** | **CASE NO. 23-00962-JAW** |
| **MEDICINE, P.C.,** | |
| **DEBTOR** | **CHAPTER 11** |

| | |
|---|---|
| **MISSISSIPPI CENTER FOR ADVANCED MEDICINE, P.C.** | **PLAINTIFF** |
| **V.** | **ADV. PROC. NO. 25-00008-JAW** |
| **SPENCER K. SULLIVAN, M.D.** | **DEFENDANT** |

### NOTICE OF ENTRY OF APPEARANCE

COMES NOW, Thomas C. Rollins, Jr., with The Rollins Law Firm and files his Entry of Appearance on behalf of Greta Brouphy in the above referenced bankruptcy case and would request the Clerk to provide him with all future electronic notices.

Respectfully submitted,

By:   /s/ Thomas C. Rollins, Jr.
　　　Thomas C. Rollins, Jr. (MSBN 104367)
　　　Attorney for Morgan & Morgan

Of Counsel:
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

## CERTIFICATE OF SERVICE

      I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice was forwarded on May 29, 2025, to:

By Electronic CM/ECF Notice:

    United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

    Douglas Scott Draper
    ddraper@hellerdraper.com

    Greta Manning Brouphy
    gbrouphytrusteesdms@hellerdraper.com

    Eileen N. Shaffer
    eshaffer@eshaffer-law.com

                                     /s/ Thomas C. Rollins, Jr.
                                     Thomas C. Rollins, Jr. (MSBN 104367)