# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| **In re:** | * | |
| **MISSISSIPPI CENTER FOR ADVANCED MEDICINE, P.C.** | * | Case No. 23-00962-JAW |
| | * | Chapter 11 |
| Debtor. | | |
| ***************************************** | | |
| **MISSISSIPPI CENTER FOR ADVANCED MEDICINE, P.C.** | * | Adversary Proceeding |
| | * | No. 25-00008-JAW |
| Plaintiff | | |
| | * | |
| **Versus** | | |
| | * | |
| **SPENCER K. SULLIVAN, M.D.** | | |
| | * | |
| Defendant | | |
| ***************************************** | | |

ORDER APPROVING COMPROMISE
PURSUANT TO FED. R. BANKR. P. 9019

Before the Court is the *Joint Motion to Approve Compromise Pursuant to Fed. R. Bankr. P. 9019* [ECF Doc.  ] (the "*Motion*") filed by Greta M. Brouphy, as the Liquidating Trustee for the MCAM Liquidation Trust ("*Trustee*") for the Mississippi Center for Advanced Medicine, P.C. (the "*Debtor*" or "*Plaintiff*"), and Spencer K. Sullivan, M.D. (the "*Defendant*" or "*Dr. Sullivan*").

{00383980-1}

1

No objections were filed.  The Court finds that jurisdiction is proper pursuant to 11 U.S.C. §§ 157 and 1334, and venue proper pursuant to 28 U.S.C. §§ 1408 and 1409.

The Court finds that, based on its review of the Motion, the proposed settlement is in the best interest of the creditors, was negotiated at arms' length, and is fair and equitable.

It is therefore:

**ORDERED** that the Motion is **GRANTED;**

**IT IS FURTHER ORDERED** that the following Agreement is approved:

    a. Dr. Sullivan agrees to transfer 100% ownership of the real property located at Highway 51 and Tisdale (the "***Real Property***") to the Trust, and as point of clarification, it all the Real Property in the possession of 4TK, subject to the mortgage in favor of Southern Bancorp Bank.

    b. In consideration of the transfer of the Real Property, Dr. Sullivan agrees that the Trustee will sell the Real Property, that at the closing, the first $750,000 of the sale proceeds shall be paid to the Trust and for the payment of the mortgage in favor of Southern Bancorp Bank.  Any remaining sale proceeds, after the payment of the $750,000, will be divided 50/50 between the Trust and Dr. Sullivan.  Prior to the payment of the $750,000, any closing costs are to be paid.

    c. Upon the transfer of the Real Property, the Trustee will grant a complete a total release of any and all claims against Dr. Sullivan.

**IT IS FURTHER ORDERED** that this Court retains jurisdiction (i) to interpret, enforce, and implement the terms and provisions of the Motion, this Order, and any other documents that may be executed in connection therewith, (ii) to resolve any disputes arising under or related to the Motion, this Order, and/or any other documents executed in connection therewith, and (iii) to compel delivery of any payments required under the terms of the Motion or this Order.

##END OF ORDER###

Agreed to in Form and Substance:

/s/Douglas S. Draper                    /s/ Eileen N. Shaffer
Douglas S. Draper, La. Bar No. 5073      Eileen N. Shaffer, MSB # 1687

{00383980-1}

1

Douglas S. Draper, La. Bar No. 5073 (pro hac vice)
Michael E. Landis, La. Bar NO. 36542 (pro hac vice)
HELLER, DRAPER & HORN, L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA  70130-6103
Telephone: 504.299.3300/Fax: 504.299.3399
Email:  ddraper@hellerdraper.com
Email:  mlandis@hellerdraper.com

Counsel for Greta M. Brouphy,
Liquidating Trustee for MCAM Liquidation Trust

                AND

Thomas C. Rollins Jr., MS Bar No. 103469
THE ROLLINS LAW FIRM, PLLC
P.O. Box 13767
Jackson, Mississippi 39236
Telephone: (601) 500-55533
Facsimile: (601) 500-5296
Email: tc@therollinsfirm.com

Local Counsel for Greta M. Brouphy,
Liquidating Trustee for MCAM Liquidation Trust


And

Eileen N. Shaffer, MSB # 1687
PO Box 1177
Jackson, MS 39215-1177
Ph: (601) 969-3006
Email: eshaffer@eshaffer-law.com

{00383980-1}

1