**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| **In re:** | * | |
| **MISSISSIPPI CENTER FOR ADVANCED MEDICINE, P.C.** | * | Case No. 23-00962-JAW |
| | * | Chapter 11 |
| **Debtor.** | | |
| ****************************************** | | |
| **MISSISSIPPI CENTER FOR ADVANCED MEDICINE, P.C.** | * | Adversary Proceeding |
| | * | No. 25-00008-JAW |
|     Plaintiff | * | |
| **Versus** | * | |
| **SPENCER K. SULLIVAN, M.D.** | * | |
|     Defendant | | |

**NOTICE OF FILING AND OBJECTION DEADLINES:**

**JOINT MOTION TO APPROVE COMPROMISE**
**PURSUANT TO FED. R. BANKR. P. 9019**

TO:    ALL CREDITORS AND INTERESTED PARTIES:

You are hereby notified that pursuant to Fed. R. Bankr. P. 9019(a), Greta M. Brouphy, as the Liquidating Trustee for the MCAM Liquidation Trust ("*Trustee*") for the Mississippi Center for Advanced Medicine, P.C. (the "*Debtor*" or "*Plaintiff*"), hereby filed the *Joint Motion to Approve Compromise Pursuant to Fed. R. Bankr. P. 9019* (the "*Motion*") [ECF Doc.18], with the consent of the Defendant, Spencer K. Sullivan, M.D. is seeking an order to settle the Complaint based upon the following:

    a.    Dr. Sullivan agrees to transfer 100% ownership of the real property located at Highway 51 and Tisdale (the "*Real Property*") to the Trust, and

{00384018-2}

1

      as point of clarification, it is all of the Real Property in the possession of 4TK, subject to the mortgage in favor of Southern Bancorp Bank.

b.  In consideration of the transfer of the Real Property, Dr. Sullivan agrees that the Trustee will sell the Real Property, that at the closing, the first $750,000 of the sale proceeds shall be paid to the Trust and for the payment of the mortgage in favor of Southern Bancorp Bank. Any remaining sale proceeds, after the payment of the $750,000, will be divided 50/50 between the Trust and Dr. Sullivan. Prior to the payment of the $750,000, any closing costs are to be paid.

c.  Upon the transfer of the Real Property, the Trustee will grant a complete a total release of any and all claims against Dr. Sullivan.

A copy of the Motion is on file with the United States Bankruptcy Court for the Southern District of Mississippi and may be inspected in the Office of the Clerk of said court, or obtained from the Trustee by asking for a copy from the Trustee via email: gbrouphytrustee@hellerdraper.com. If no objections are filed within twenty (21) days from the date of the Notice with the Clerk of the United States Bankruptcy Court, Southern District of Mississippi, Jackson Division, 501 E. Court Street, Jackson, MS 39201, and a copy served upon Greta M. Brouphy, Trustee, 650 Poydras Street, Suite 2500, New Orleans, LA 70130, the Court will consider the Application ex-parte. Attorneys and other registered users of the Case Management/Electronic Case Filing (CM/ECF) system shall file any such objection electronically.

      SO NOTICED, this 26th day of August 2025.

/s/*Douglas S. Draper*
Douglas S. Draper, La. Bar No. 5073 (pro hac vice)
Michael E. Landis, La. Bar No. 36542 (pro hac vice)
HELLER, DRAPER & HORN, L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA 70130-6103
Telephone: 504.299.3300/Fax: 504.299.3399
Email: ddraper@hellerdraper.com
Email: mlandis@hellerdraper.com

{00384018-2}

2

Counsel for Greta M. Brouphy,
Liquidating Trustee for MCAM Liquidation Trust

AND

Thomas C. Rollins Jr., MS Bar No. 103469
THE ROLLINS LAW FIRM, PLLC
P.O. Box 13767
Jackson, Mississippi 39236
Telephone: (601) 500-55533
Facsimile: (601) 500-5296
Email: tc@therollinsfirm.com

Local Counsel for Greta M. Brouphy,
Liquidating Trustee for MCAM Liquidation Trust

{00384018-2}

3