## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| **In re:** | * | |
| **MISSISSIPPI CENTER FOR ADVANCED MEDICINE, P.C.** | * | Case No. 23-00962-JAW |
| | * | Chapter 11 |
| **Debtor.** | | |
| ****************************************** | | |
| **MISSISSIPPI CENTER FOR ADVANCED MEDICINE, P.C.** | * | Adversary Proceeding |
| | * | No. 25-00008-JAW |
|     **Plaintiff** | | |
| | * | |
| **Versus** | | |
| | * | |
| **SPENCER K. SULLIVAN, M.D.** | | |
| | * | |
|     **Defendant** | | |

## **CERTIFICATE OF SERVICE**

I, Douglas S. Draper, hereby certify that I caused a copy of the ***Notice of Filing and Objection Deadlines: Joint Motion Approve Compromise Pursuant to FED.R.BankR.P. 9019 [Dkt # 19]*** to be served on August 26, 2025, to all parties properly addressed with US first class prepaid postage on the attached mailing matrix by Docusource.

August 26, 2025

                                                    */s/Douglas S. Draper*
                                                    Douglas S. Draper, La. Bar No. 5073
                                                    Michael E. Landis, La. Bar NO. 36542
                                                    HELLER, DRAPER & HORN, L.L.C.
                                                    650 Poydras Street, Suite 2500
                                                    New Orleans, LA  70130-6103
                                                    Telephone: 504.299.3300/Fax: 504.299.3399
                                                    ddraper@hellerdraper.com
                                                    mlandis@hellerdraper.com

{00384026-1}

*Counsel for Greta M. Brouphy*
*Liquidating Trustee for the*
*MCAM Liquidation Trust*

and

<u>*/s/ Thomas C. Rollins, Jr.*</u>
Thomas C. Rollins Jr., MS Bar No. 103469
**The Rollins Law Firm, PLLC**
P.O. Box 13767
Jackson, Mississippi 39236
Telephone: (601) 500-55533
Facsimile: (601) 500-5296
Email: tc@therollinsfirm.com

*Local Counsel for Greta M. Brouphy*
*Liquidating Trustee for the*
*MCAM Liquidation Trust*

{00384026-1}