Label Matrix for local noticing
0538-3
Case 25-00008-JAW
Southern District of Mississippi
Jackson-3 Divisional Office
Tue Aug 26 16:14:52 CDT 2025

U.S. Bankruptcy Court
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2.300
Jackson, MS 39201-5036

(p)ALDOUS & ASSOCIATES
PO BOX 171374
HOLLADAY UT 84117-1374

AmRent Consumer Relations
Notice Only
250 E Broad St
Columbus, OH 43215-3708

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Bank of Yazoo
1717 Old Fannin Rd
Flowood, MS 39232-9004

Barclay Credit Card
Po Box 8803
Wilmington, DE 19899-8803

Capital One Card Services
Bankruptcy Dept
Po Box 30285
Salt Lake Cty, UT 84130-0285

Certegy Check Services
Notice Only
Po Box 908
Grand Jct, CO 81502-0908

Chase Card Services
Po Box 6294
Carol Stream, IL 60197-6294

ChexSystems
Notice Only
2900 Lone Oak Pkwy Ste 125
Eagan, MN 55121-1594

CoreLogic Credco LLC
Notice Only
Po Box 509124
San Diego, CA 92150-9124

Dept of Ed c/o US Attorney DC
Notice Only
555 4th Street NW
Washington, DC 20530-0001

Dept of Ed c/o US Attorney MS
Notice Only
501 E Court Street #4.430
Jackson, MS 39201-5025

Dillards Bankruptcy Notices
Bankruptcy Notices
Po Box 522
Des Moines, IA 50306-0522

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

Early Warning Services
Notice Only
5801 N Pima Rd
Scottsdale, AZ 85250-2635

(p)EQUIFAX  INC
1550 Peachtree Street NE
Atlanta, GA 30309

Experian
Notice Only
Po Box 2002
Allen, TX 75013-2002

First Premier Bank
Po Box 5524
Sioux Falls, SD 57117-5524

Hon John Simpson
Po Box 2058
Madison, MS 39130-2058

IRS
Centralized Insolvency Operation
Po Box 7346
Philadelphia, PA 19101-7346

IRS c/o US Attorney DC
Notice Only
555 4th Street NW
Washington, DC 20530-0001

IRS c/o US Attorney MS
Notice Only
501 E Court St Ste 4.430
Jackson, MS 39201-5025

Innovis Consumer Assistance
Notice Only
Po Box 530088
Atlanta, GA 30353-0088

JAMS
Notice Only
18881 Von Karman Ave 350
Irvine, CA 92612-6589

JCPenney Card Services
Bankruptcy Dept
Po Box 965060
Orlando, FL 32896-5060

Jackson VA FCU
240 Briarwood Dr
Jackson, MS 39206-3027

MS Dept of Revenue
Bankruptcy Department
Po Box 22808
Jackson, MS 39225-2808

Magnolia FCU
Bankruptcy Dept
240 Briarwood Dr
Jackson, MS 39206-3027

PayPal Credit Card
Legal Notices
2211 N 1st St
San Jose, CA 95131-2021

Telecheck
Notice Only
Po Box 6806
Hagerstown, MD 21741-6806

Tower Loan
2155 Highway 18 Ste D
Brandon, MS 39042-2774


Transunion
Notice Only
2 Baldwin Pl
Crum Lynne, PA 19022-1370

United States Trustee
501 East Court Street
Suite 6-430
Jackson, MS 39201-5022

(p)EILEEN N SHAFFER
P O BOX 1177
JACKSON MS 39215-1177


Rachel Coxwell
Coxwell Attorneys
1675 Lakeland Drive Suite #102
Jackson, MS 39216-4850

Sherry Mallett Jackson
2649 Highway 471
Brandon, MS 39047-8596


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Aldous & Associates PLLC
Po Box 171374
Salt Lake Cty, UT 84117-1374

Bank of America Card Services
Bankruptcy Dept
Po Box 982234
El Paso, TX 79998-2234

Discover Credit Card
Bankruptcy Dept.
Po Box 30943
Salt Lake City, UT 84130-0943


Equifax Info Services
Notice Only
Po Box 105314
Atlanta, GA 30348-5314

Eileen N. Shaffer
P.O. Box 1177
Jackson, MS 39215-1177

End of Label Matrix
Mailable recipients   37
Bypassed recipients    0
Total                 37