**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO. 23-00962-JAW** |
| **MISSISSIPPI CENTER FOR** | § | |
| **ADVANCED MEDICINE, P.C.,** | § | |
| | § | **CHAPTER 11** |
| **DEBTOR.** | § | **SubChapter V** |

| | | |
|---|---|---|
| **MISSISSIPPI CENTER FOR** | § | |
| **ADVANCED MEDICINE, P.C.,** | § | **Adv. No. 25-00008-JAW** |
| | § | |
| **v.** | § | |
| | § | |
| **Spencer K. Sullivan, M.D.** | § | |

**TRUSTEE'S FIRST STATUS REPORT**

Greta M. Brouphy, the Liquidating Trustee (the "***Trustee***") for the MCAM Liquidation Trust (the "***Trust***"), which was created pursuant to the Amended Subchapter V Plan; Plan of Liquidation (the "***Plan***"), confirmed by Order dated January 23, 2025 [ECF Doc. 934], with a Plan Effective Date of April 8, 2025 [ECF Doc 959], hereby submits this first status report and aver as follows:

**ADVERSARY PROCEEDING**: Mississippi Center for Advanced Medicine, P.C. v. Spencer K. Sullivan, M.D. Case No. 25-00008-JAW

- The Plaintiff and the Defendant have reached an amicable resolution, and the Trustee filed the *Joint Motion to Approve Compromise Pursuant to Fed. R. Bankr. P. 9019* [ECF Doc. 18] (the "***Motion***"), which was approved by *Order Approving Compromise Pursuant to Fed. R. Bankr. P. 9019* (the "***9019 Order*** file the proper pleadings with the Court regarding the settlement, once the parties have completed due diligence.

- David Wheeler, of Wheeler and Wheeler, PLLC, provided legal services to transfer the property from 4TK and Dr. Sullivan to the Liquidating Trust. There were issues with the property title that needed to be resolved prior to the transfer, and potential claims are being investigated.

- The property is currently listed for sale with realtor, Mark S. Bounds, CCIM, SIOR with Mark S. Bounds Realty Partners, Inc.

- The property has been cleaned and partially clear, and subject to a marking campaign to sell. The cost to partially clear the property was $6,000.00.

- The Trustee has entered into negotiations to sell the property that is the subject of the adversary proceeding # 25-00008-JAW, Mississippi Center for Advance Medicine, P.C. v. Spencer K. Sullivan, M.D. The parties are in the due diligence phase that terminates on October 28, 2026, with either a final purchase of the property, or termination of the sale agreement based on the terms. The proposed purchaser has deposited with a closing agent $40,000.00 in escrow as agreed to in the negotiated agreement.

Dated: August 19, 2026

Respectfully submitted:

*_/s/Greta M. Brouphy_*
Greta M. Brouphy, La. Bar No. 26216
gbrouphy@lawla.com
**Lugenbuhl, Wheaton, Peck, Rankin & Hubbard (A Law Corporation)**
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone: (504) 568-1990
Fax: (504) 310-9195

***The Liquidation Trustee for the MCAM Liquidation Trust***

# CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2026, a copy of the foregoing was served through this Court's CM/ECF Notification System upon the following:

- Greta Manning Brouphy gbrouphy@lawla.com, LA55@ecfcbis.com
- Douglas Scott Draper ddraper@lawla.com, dhepting@hellerdraper.com;vgamble@hellerdraper.com
- Thomas Carl Rollins trollins@therollinsfirm.com, jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com
- Eileen N. Shaffer eshaffer@eshaffer-law.com
- United States Trustee USTPRegion05.JA.ECF@usdoj.gov

*/s/Greta M. Brouphy*
Greta M. Brouphy